AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00157 |
| JEFFREY ALEXANDER SMITH | ) Assigned to: Judge Robin M. Meriweather |
| AKA: ALEX SMITH | ) Assign Date: 1/22/2021 |
| Date of Birth: XXXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                      *Offense Description*

40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds
18 U.S.C. §§ 1752(a) (1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

JAMIE L. DVORSKY, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    01/22/2021

*Judge's signature*

City and state:    Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*