AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff* <br> v. <br> JEFFREY ALEXANDER SMITH, <br> *Defendant* | Case No. 1:21-MJ-00157 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JEFFREY ALEXANDER SMITH

Date: 02/12/2021

*Attorney's signature*

John P. Pierce, Bar#475101
*Printed name and bar number*

2305 Calvert St. NW
Washington, DC 20008
*Address*

jpierce@themis.us.com
*E-mail address*

(202) 567-2050
*Telephone number*

(202) 567-2051
*FAX number*